COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IGNACIO EDUARDO OMAR RIOS, | § | |
| | | No. 08-09-00240-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 409th District Court |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20090D00110) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's written motion to dismiss his appeal pursuant to TEX. R. APP. P. 42.2(a). Both Appellant and his attorney signed the motion, and the motion was filed prior to our decision in the case. *See* TEX. R. APP. P. 42.2(a). Further, Appellant filed a duplicate copy of the motion with this Court and that copy has been forwarded to the trial court clerk. *See id*. Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant Appellant's motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

May 19, 2010

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)